AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2014 NOV 25. P 12: 31
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3:14CR231(VLB)(TPS) |
| CHRISTINE HERNANDEZ | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/25/14

_____
Defendant's signature

_____
Signature of defendant's attorney

ROBERT C. GOTTLIEB
Printed name of defendant's attorney

/s/ Thomas P. Smith
_____
Judge's signature

HON. THOMAS P. SMITH, USMJ
Judge's printed name and title